Balám O. Letona, Esq.     SBN 229642
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
Norma Chavez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSÉ DIVISION

| | |
|---|---|
| NORMA CHAVEZ,<br><br>                              Plaintiffs,<br><br>v.<br><br><br>MONARCH LAW OFFICES, P.C., and MICHAEL B. BENNETT, and WESTERN DENTAL SERVCIES, INC., DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. C11-02061 HRL<br><br>**ADMINISTRATIVE MOTION, REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, and [Proposed] ORDER** |

The Court scheduled a Case Management Conference for July 19, 2011.

Plaintiff requests that the Case Management Conference be continued 60 days from July 19th so all the parties can enter an appearance.

On May 6, 2011, Defendant Western Dental Services, Inc., was served with the complaint and a WAIVER OF THE SERVICE OF SUMMONS. Defendant signed and returned the waiver and has until July 5, 2011 to file a responsive pleading.

On May 5, 2011, Defendants Monarch Law Offices, P.C., and Michael B. Bennett, Esq., were served with the complaint. Counsel for Plaintiff spoke with Mr. Mike Mehall, Esq., on May 17th. Mr. Mehall called on behalf of Defendants Monarch

and Bennett. Defendants had until June 7th to file a responsive pleading. When Defendants failed to answer Plaintiff's counsel sent a letter on June 10th, June 17th and June 24th requesting contact, or a default would be taken.

On June 27, 2011, Defendant Michael Bennett, Esq., contacted Plaintiff's counsel on behalf of Defendants Monarch and himself. Defendant Bennett stated this matter was being tendered to his E&O carrier, the Oregon State Bar Professional Liability Fund and Defendant requested that a default not be filed for 10 days, so that an answer may be filed.

As such, Plaintiff believes that a continuance of the Case Management Conference will be beneficial for all parties, however, Plaintiff requests that the Defendants enter an appearance soon.

Dated: June 28, 2011

/s/ Balám O. Letona

_____
Balám O. Letona
Attorney for Plaintiff

## DECLARATION

I, Balám O. Letona, hereby attest:

I am counsel for the above-captioned Plaintiff.

1. The above facts are true to the best of knowledge.

Under penalty of perjury under the laws of the State of California, signed in Santa Cruz, CA.

Dated: June 28, 2011

/s/ Balám O. Letona
Balám O. Letona
Counsel for Plaintiff

## [Proposed] ORDER

Plaintiff's Administrative Motion is hereby GRANTED. The Case Management Conference currently scheduled for July 19, 2011 at 1:30 p.m., is hereby continued to _____

**IT IS SO ORDERED.**

_____

**Hon. Howard R. Lloyd**

**U.S. MAGISTRATE COURT JUDGE**