Balám O. Letona, Esq.    SBN 229642
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
Norma Chavez

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

**E-Filed 9/20/2011**

| | |
|---|---|
| NORMA CHAVEZ,<br>                    Plaintiffs,<br>v.<br><br>MONARCH LAW OFFICES, P.C., and<br>MICHAEL B. BENNETT, and<br>WESTERN DENTAL SERVCIES, INC.,<br>DOES 1-10, inclusive,<br>                    Defendant(s). | Case No. CV11-02061 JF<br><br>**STIPULATION TO CONTINUE 09/23/11 CASE MANAGEMENT CONFERENCE,<br>REQUEST FOR ADR and [PROPOSED] ORDER AS MODIFIED BY THE COURT** |

On September 1, 2011, the following parties met and conferred concerning F.R.C.P. 26(f) regarding initial disclosures, mediation, discovery etc:

- Balám Letona, attorney for Plaintiff.

- Kevin Eng, attorney for Defendant Western Dental Services, Inc.

- Jessica MacGregor and Jonathan Rizzardi, attorneys for Defendants Michael B. Bennett, and Monarch Law Offices, P.C.

The parties are in agreement to attend mediation through the Northern District of California's Alternative Dispute Resolution Program.

**REQUEST TO CONTINUE CMC AND REQUEST FOR MEDIATION**                                                1

The parties respectfully request the Court continue the September 23, 2011 Case Management Conference for 90 days and enter an order to mediate through the Northern District of California's ADR Program. The parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosures by the September 15, 2011 deadline.

Dated: September 1, 2011

SO STIPULATED

/s/ Balám Letona
Balám Letona, Attorney for Plaintiff

/s/Kevin Eng
Kevin Eng, attorney for Defendant Western Dental Services, Inc.

/s/ Jessica MacGregor
Jessica MacGregor, attorney for Defendants Michael B. Bennett, and Monarch Law Offices, P.C.

### [Proposed] ORDER

The stipulation of the parties is hereby adopted. The Court hereby refers this matter for mediation through the Northern District of California's ADR Program and the Case Management Conference of September 23, 2011, is ~~continued to~~ VACATED pending reassignment of this case to another district judge.

_____.

Date: 9/20/2011

**IT IS SO ORDERED.**

_____
HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE