Balám O. Letona, Esq.     SBN 229642
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
Norma Chavez

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMA CHAVEZ,<br><br>  Plaintiffs,<br><br>v.<br><br>MONARCH LAW OFFICES, P.C., and MICHAEL B. BENNETT, and WESTERN DENTAL SERVCIES, INC., DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. C11-02061 JW<br><br>**STIPULATION TO EXTEND THE MEDIATION COMPLETION DEADLINE; [PROPOSED] ORDER** |

   WHEREAS, on September 8, 2011, the parties stipulated to submit this dispute to mediation through the Court's ADR Program (Docket 18);

   WHEREAS, on September 20, 2011, the Court entered its order referring this case to mediation through the Court's ADR Program (Docket 20);

   WHEREAS, on November 1, 2011, mediator Mark Penskar was appointed to mediate this matter (Docket 24);

   WHEREAS, on November 10, 2011, plaintiff objected to Mr. Penskar's appointment and Mr. Penskar's appointment was thereafter vacated (Docket entry of November 10, 2011; Docket 25);

WHEREAS, the current mediation completion deadline is December 19, 2011;

WHEREAS, on November 15, 2011, the ADR Unit assigned Lynn Fuller as replacement mediator;

WHEREAS, given the foregoing and the upcoming holidays, the parties are unsure whether they will be able to meet the December 19 mediation completion deadline;

WHEREAS, the parties believe a brief extension is appropriate under the circumstances;

IT IS HEREBY STIPULATED that, subject to Court approval, the mediation completion deadline shall be extended to January 31, 2012, or such other time as the Court deems appropriate.

Dated: November 23, 2011

/s/ Balám Letona
Balám O. Letona
Attorney for Plaintiff

Dated: November 23, 2011

/s/ Kevin Eng
Kevin Eng
Attorney for Defendant Western Dental Services, Inc.

Dated: November 23, 2011

/s/ Jonathan Rizzardi
Jonathan Rizzardi
Attorney for Defendant Monarch Law Offices, Michael Bennett

STIPULATION TO CONTINUE THE ADR DEADLINE    2

**[Proposed] ORDER**

The stipulation of the parties is hereby adopted. The deadline to attend mediation is extended to January 31, 2012 and the Case Management Conference shall be conducted on February 13, 2012 at 10:00 am.  The parties shall file the Joint Case Management Conference Statement on or before February 3, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  11/28/11

*[signature: James Ware]*

HON. JAMES WARE
CHIEF JUDGE
NORTHERN DISTRICT OF CALIFORNIA