UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

NORMA CHAVEZ,
    Plaintiff,

    v.

MONARCH LAW OFFICES, P.C., et al.,
    Defendants.

No. C 11-2061 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: January 20, 2012
Mediator: Lynn Fuller

    IT IS HEREBY ORDERED that the request to excuse defendant Michael Bennett from appearing in person at the January 20, 2012, mediation before Lynn Fuller is DENIED. The court finds that Mr. Bennett has not made adequate showing that his being required to attend the session in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Mr. Bennett shall appear at the session in person.

    IT IS SO ORDERED.

January 9, 2011    By: *Elizabeth D. Laporte*
Dated
                                        Elizabeth D. Laporte
                                   United States Magistrate Judge